### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

LINDA CONE SELENSKY,

      Plaintiff,                                 :

vs.                                       :      CIVIL ACTION 09-0592-CG-C

JUDGE WHIDDON, et al.,         :

      Defendants.                  :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for lack of subject matter jurisdiction.

      **DONE** this 13th day of November, 2009.

                         /s/ Callie V. S. Granade
                         **CHIEF UNITED STATES DISTRICT JUDGE**