# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**LINDA CONE SELENSKY,**          :

    **Plaintiff,**                   :

**vs.**                                              :        **CIVIL ACTION 09-0592-CG-C**

**JUDGE WHIDDON, et al.,**        :

    **Defendants.**              :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice.

**DONE** this 13th day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE